UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN YVON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 10-11615-MAP |
| v. ) | |
| ) | |
| NIAGARA CREDIT SOLUTIONS, INC. ) | |
| and JANE DOE ) | |
| Defendants. ) | |
| ) | |

**VOLUNTARY DISMISSAL**

The plaintiff, KAREN YVON, by and through counsel, gives notice, pursuant to Fed. R. Civ. P. 41(a)(1), of the dismissal of this action with prejudice and without costs,

Respectfully submitted, this 7th day of January, 2011.

KAREN YVON,

by her attorney,

*/s/ Nicholas F. Ortiz*

Nicholas F. Ortiz, BBO# 655135
Law Office of Nicholas F. Ortiz, P.C.
306 Dartmouth Street
Suite 501
Boston, MA 02116
(617) 716-0282

1